| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> WESTERN DISTRICT OF KENTUCKY | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Our Family Direct Primary Care, PLLC** | |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-1896699** | |
| 4. | Debtor's address | **Principal place of business** <br><br> **1169 Eastern Pkwy, Suite 2358** <br> **Louisville, KY 40217** <br> Number, Street, City, State & ZIP Code <br><br> **Jefferson** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **ourfamilydpc.com** | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor  **Our Family Direct Primary Care, PLLC**  Case number (*if known*) _____
       Name

7. **Describe debtor's business**   A. *Check one:*

   ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
      http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __6211__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check **all** that apply*:

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☒ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____                            Relationship _____
    District _____  When _____        Case number, if known _____

Debtor  **Our Family Direct Primary Care, PLLC**          Case number (*if known*) _____
      Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency  _____
      Contact name  _____
      Phone  _____

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|
| | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☒ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50   million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☒ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50   million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor  **Our Family Direct Primary Care, PLLC**  Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 7, 2025**
             MM / DD / YYYY

X **/s/   Dr. John T. Manire, D.O.**          **Dr. John T. Manire, D.O.**
  Signature of authorized representative of debtor    Printed name

Title   **Sole Member**

**18. Signature of attorney**

X **/s/ Peter Gannott**                Date **March 7, 2025**
  Signature of attorney for debtor              MM / DD / YYYY

**Peter Gannott**
Printed name

**Gannott Law Group, PLLC**
Firm name

**10230 Shelbyville Rd.**
**Suite 6**
**Louisville, KY 40223**
Number, Street, City, State & ZIP Code

Contact phone  **(502) 749-8800**    Email address  **pgannott@gannottlaw.com**

**KY**
Bar number and State

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Our Family Direct Primary Care, PLLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **March 7, 2025** | X | **/s/ Dr. John T. Manire, D.O.** |
|---|---|---|---|
| | | | Signature of individual signing on behalf of debtor |
| | | | **Dr. John T. Manire, D.O.** |
| | | | Printed name |
| | | | **Sole Member** |
| | | | Position or relationship to debtor |

Fill in this information to identify the case:

Debtor name: **Our Family Direct Primary Care, PLLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF KENTUCKY**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 301 Interactive Marketing Services<br>6013 Brownsboro Park Blvd Suite F<br>Louisville, KY 40207 | | Trade debt | | | | $5,399.00 |
| ACA Pharmacy<br>525 Metroplex Drive<br>Nashville, TN 37211 | | Trade debt | | | | $1,200.00 |
| Affirmed Shop Pay<br>30 Isabella St, Floor 4<br>Pittsburgh, PA 15212 | | | | | | $787.74 |
| American Express<br>PO BOX 6031<br>Carol Stream, IL 60197-6031 | | Credit card purchases | | | | $2,133.87 |
| Andameds<br>1490392915 WESTON ROAD<br>Weston, FL 33331 | | Trade debt | | | | $515.41 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Our Family Direct Primary Care, PLLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of America, NA** Gateway Village 900 Building NC1-26-06-06 900 W. Trade Street Charlotte, NC 28255 | | Office furniture US Bank Bank of America Reception Desk ADA Hanging Storage Computer Equipment/Software Chairs Furniture & Fixtures Small Medical Tools RX Count Vonco Ultra Sound/Estim Defibrillator Desiccator Hyfractor ECG system Tonometer Audiometer Otoscope Hill Adjust Table ADA Niox Vero EPWT Machine Dell Laptop | Disputed | $229,587.08 | $30,117.00 | $154,445.95 |
| **Bank of America, NA** PO Box 660441 Dallas, TX 75266-0441 | | Line of Credit | | | | $18,543.05 |
| **Cintas Fire Service** PO BOX 636525 Cincinnati, OH 45263 | | Fire inspection | | | | $228.03 |
| **Emcyte Corp** 4331 Veronica S Shoemaker Blvd Fort Myers, FL 33916 | | Trade debt | | | | $870.00 |
| **ISC Kentucky** 11800 Electron Dr Louisville, KY 40299 | | Trade debt | | | | $2,035.85 |
| **Jefferson County Sheriff's Office Fiscal Court Building** 531 Court Pl #604 Louisville, KY 40202 | | Property Tax | | | | $4,164.84 |
| **MAB, LLC c/o Sun Properties, LLC** 4010 Dupont Circle, Suite 700 Louisville, KY 40207 | | Rent | | | | $15,365.47 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Our Family Direct Primary Care, PLLC**     Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| McKesson Medical-Surgical, Inc. 9954 Mayland Drive Suite 4000 Henrico, VA 23233 | | Trade debt | | | | $393.94 |
| Quest Diagnostics P.O. BOX 530458 Atlanta, GA 30353-0458 | | Trade debt | | | | $346.08 |
| Riedel-Hogan CPA 111 W Washington Street Ste 100 Louisville, KY 40202 | | Professional Services | | | | $225.00 |
| Small Business Administration CESC -COVID EIDL Service Center 14925 Kingsport Rd Fort Worth, TX 76155 | | All tangible and intangible personal property. | | $105,275.92 | $0.00 | $105,275.92 |
| South Lake Pharmacy 38101 5th Ave Zephyrhills, FL 33542 | | Trade debt | | | | $1,620.00 |
| US Bank PO Box 2188 Oshkosh, WI 54903-2188 | | Line of Credit | | | | $41,200.57 |
| US Bank Equipment Financing (Wintrust) PO Box 790448 Saint Louis, MO 63179-0448 | | Equipment Lease | | | | $8,489.80 |

# United States Bankruptcy Court
## Western District of Kentucky

In re: **Our Family Direct Primary Care, PLLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| John Manire<br>908 Bluegrass Ave<br>Louisville, KY 40215 | | 100% | Membership |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 7, 2025**

Signature **/s/ Dr. John T. Manire, D.O.**
Dr. John T. Manire, D.O.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Kentucky

In re: **Our Family Direct Primary Care, PLLC**   Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 7, 2025**

/s/ **Dr. John T. Manire, D.O.**
**Dr. John T. Manire, D.O.**/**Sole Member**
Signer/Title

301 Interactive Marketing Services  
6013 Brownsboro Park Blvd Suite F  
Louisville, KY 40207

ACA Pharmacy  
525 Metroplex Drive  
Nashville, TN 37211

Affirmed Shop Pay  
30 Isabella St, Floor 4  
Pittsburgh, PA 15212

American Express  
PO BOX 6031  
Carol Stream, IL 60197-6031

Andameds  
1490392915 WESTON ROAD  
Weston, FL 33331

Bank of America NA  
Gateway Village 900 Building  
NC1-26-06-06 900 W. Trade Street  
Charlotte, NC 28255

Bank of America, NA  
Gateway Village 900 Building  
NC1-26-06-06 900 W. Trade Street  
Charlotte, NC 28255

Bank of America, NA  
PO Box 660441  
Dallas, TX 75266-0441

Cabinet for Health and Family Services  
Office of Legal Services  
Wesley Duke, General Counsel 275 E. Main  
Frankfort, KY 40621

Cintas Fire Service  
PO BOX 636525  
Cincinnati, OH 45263

David Van Slyke  
716 Mt. Airyshire Blvd., Ste. 150  
Columbus, OH 43235

Dell Financial Services  
PO Box 81577  
Austin, TX 78708-1577

Emcyte Corp  
4331 Veronica S Shoemaker Blvd  
Fort Myers, FL 33916

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


ISC Kentucky
11800 Electron Dr
Louisville, KY 40299


Jefferson County Sheriff's Office
Fiscal Court Building
531 Court Pl #604
Louisville, KY 40202


John Manire
908 Bluegrass Ave
Louisville, KY 40215


KY Dept. of Revenue Legal Branch
Bankruptcy Section P. O. Box 5222
Frankfort, KY 40602


MAB, LLC c/o Sun Properties, LLC
4010 Dupont Circle, Suite 700
Louisville, KY 40207


McKesson Medical-Surgical, Inc.
9954 Mayland Drive Suite 4000
Henrico, VA 23233


Quest Diagnostics
P.O. BOX 530458
Atlanta, GA 30353-0458


Riedel-Hogan CPA
111 W Washington Street Ste 100
Louisville, KY 40202


Small Business Administration
CESC -COVID EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155


South Lake Pharmacy
38101 5th Ave
Zephyrhills, FL 33542


U. S. Attorney Western District
717 West Broadway
Louisville, KY 40202


U.S. Attorney Western District Kentucky
717 West Broadway
Louisville, KY 40202

```
US Bank
PO Box 2188
Oshkosh, WI 54903-2188


US Bank Equipment Financing (Wintrust)
PO Box 790448
Saint Louis, MO 63179-0448


Wintrust
PO Box 84783
Seattle, WA 98124
```

# United States Bankruptcy Court
## Western District of Kentucky

In re: **Our Family Direct Primary Care, PLLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Our Family Direct Primary Care, PLLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**March 7, 2025**
Date

**/s/ Peter Gannott**
**Peter Gannott**
Signature of Attorney or Litigant
Counsel for **Our Family Direct Primary Care, PLLC**
**Gannott Law Group, PLLC**
**10230 Shelbyville Rd.**
**Suite 6**
**Louisville, KY 40223**
**(502) 749-8800  Fax:**
**pgannott@gannottlaw.com**